## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RUBY HELEN BROOKS | § | Case No. 14-41978 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Wednesday, September 23, 2015 in Courtroom 613, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/25/2015          By: /s/ Barry A. Chatz, Trustee
                                              Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL  60606*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                    §
                                          §
RUBY HELEN BROOKS                         §        Case No. 14-41978
                                          §
            Debtor(s)                     §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,779.58 |
| and approved disbursements of | $ | 20.00 |
| leaving a balance on hand of[1] | $ | 4,759.58 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 1,194.90 | $ 0.00 | $ 1,194.90 |
| Trustee Expenses: BARRY A. CHATZ | $ 57.04 | $ 0.00 | $ 57.04 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,251.94 |
| Remaining Balance | $ | 3,507.64 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,696.27  have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | QUANTUM3 GROUP FOR COMENITY BANK | $ 107.14 | $ 0.00 | $ 11.15 |
| 2 | Navient Solutions, Inc. | $ 1,124.24 | $ 0.00 | $ 117.03 |
| 3 | Napus Fcu | $ 11,054.60 | $ 0.00 | $ 1,150.74 |
| 4 | N. A. Capital One Bank (Usa) | $ 4,241.44 | $ 0.00 | $ 441.52 |
| 5 | Cavalry Spv I, Llc | $ 2,028.94 | $ 0.00 | $ 211.20 |
| 6 | Pyod, Llc Assignee for Citibank, NA | $ 1,134.73 | $ 0.00 | $ 118.12 |
| 7 | Pyod, Llc Assignee for Citibank, NA | $ 3,728.08 | $ 0.00 | $ 388.08 |
| 8 | SYNCHRONY BANK | $ 3,370.41 | $ 0.00 | $ 350.85 |
| 9 | SYNCHRONY BANK | $ 6,906.69 | $ 0.00 | $ 718.95 |

Total to be paid to timely general unsecured creditors        $        3,507.64

Remaining Balance        $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
                                        Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL  60606*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-41978-TAB
Ruby Helen Brooks                                                         Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales          Page 1 of 2          Date Rcvd: Aug 28, 2015
                             Form ID: pdf006           Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2015.
```
db            +Ruby Helen Brooks,    1244 N Menard St,    Chicago, IL 60651-1136
22654908      +Aurora Bank FSB,    Attn: Bankruptcy Dept.,    10350 Park Meadows Drive 5th Fl,
               Littleton,CO 80124-6800
22654907      +Aurora Loan Services LLC,    Attn: Bankruptcy Dept.,    10350 park Meadows Dr 5th Fl,
               Littleton,CO 80124-6800
22654893     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: BK OF AMER,    Attn: Bankruptcy Dept.,    Po Box 982235,
               El Paso,TX 79998)
22654901      +BBY/CBNA,   Attn: Bankruptcy Dept.,    50 Northwest Point Road,
               Elk Grove Village,IL 60007-1032
22654889      +BK OF AMER,   Attn: Bankruptcy Dept.,    1800 Tapo Canyon Rd,    Simi Valley,CA 93063-6712
22654884      +CAP1/Bstby,   Attn: Bankruptcy Dept.,    26525 N Riverwoods Blvd,    Mettawa,IL 60045-3440
22654885      +CAP1/Carsn,   Attn: Bankruptcy Dept.,    26525 N Riverwoods Blvd,    Mettawa,IL 60045-3440
22654899      +CAP1/Mnrds,   Attn: Bankruptcy Dept.,    26525 N Riverwoods Blvd,    Mettawa,IL 60045-3440
22654896     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
               Richmond,VA 23285)
22654890      +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington,DE 19850-5298
22654883      +CMRE Financial SVCS IN,    Attn: Bankruptcy Dept.,    3075 E Imperial Hwy Ste,
               Brea,CA 92821-6753
22654903      +COMENITY BANK/Carsons,    Attn: Bankruptcy Dept.,    3100 Easton Square Pl,
               Columbus,OH 43219-6232
23161789       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
22654906      +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
22654905      +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
22654886      +LANE BRYANT RETAIL/SOA,    Attn: Bankruptcy Dept.,    450 Winks Ln,    Bensalem,PA 19020-5932
22654888      +Mary A. Brooks,    1244 N Menard St,    Chicago,IL 60651-1136
23116868       Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
22654894      +Sears/CBNA,   Attn: Bankruptcy Dept.,    Po Box 6283,    Sioux Falls,SD 57117-6283
22654898      +Sears/CBNA,   Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls,SD 57117-6189
22654904      +Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19016-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23198120      +E-mail/Text: bnc@bass-associates.com Aug 29 2015 01:28:18     Cavalry SPV I, LLC,
               Assignee of Capital One, N.A.,    c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Suite 200,
               Tucson, AZ 85712-1083
23134252      +E-mail/Text: evanb@signaturefcu.org Aug 29 2015 01:29:46     NAPUS FCU,    POB 148,
               Alexandria VA 22313-0148
22654891      +E-mail/Text: evanb@signaturefcu.org Aug 29 2015 01:29:46     Napus FCU,
               Attn: Bankruptcy Dept.,    12 Herbert St,    Alexandria,VA 22305-2628
23354504      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2015 01:27:13
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
23115551       E-mail/Text: bnc-quantum@quantum3group.com Aug 29 2015 01:28:58
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
22654887      +E-mail/PDF: pa_dc_claims@navient.com Aug 29 2015 01:26:55     Sallie MAE,
               Attn: Bankruptcy Dept.,    Po Box 9655,    Wilkes Barre,PA 18773-9655
22654897      +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2015 01:26:52     Synch/CARE CREDIT,
               Attn: Bankruptcy Dept.,    950 Forrer Blvd,    Kettering,OH 45420-1469
22654895      +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2015 01:26:51     Synch/SAMS CLUB DC,
               Attn: Bankruptcy Dept.,    Po Box 965005,    Orlando,FL 32896-5005
23412603       E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2015 01:27:11     Synchrony Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                        TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22654892*     +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington,DE 19850-5298
22654900*     +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington,DE 19850-5298
22654902*     +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington,DE 19850-5298
                                                                  TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: ccabrales          Page 2 of 2          Date Rcvd: Aug 28, 2015
                             Form ID: pdf006          Total Noticed: 31
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2015                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2015 at the address(es) listed below:
          Andrew B Nelson    on behalf of Debtor Ruby Helen Brooks ndil@geracilaw.com
          Barry A Chatz    bachatz@arnstein.com,
           bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                          TOTAL: 3
```