# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RUBY HELEN BROOKS | § | Case No. 14-41978 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 115,000.00 *(Without deducting any secured claims)* | Assets Exempt: 22,650.00 |
| Total Distributions to Claimants: 3,507.64 | Claims Discharged Without Payment: 241,357.63 |
| Total Expenses of Administration: 1,271.94 | |

3) Total gross receipts of $ 4,779.58  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 4,779.58  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 155,201.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,271.94 | 1,271.94 | 1,271.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 55,968.00 | 33,696.27 | 33,696.27 | 3,507.64 |
| **TOTAL DISBURSEMENTS** | $ 211,169.00 | $ 34,968.21 | $ 34,968.21 | $ 4,779.58 |

4)  This case was originally filed under chapter 7 on 11/20/2014 . The case was pending for 16 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/03/2016          By:/s/BARRY A. CHATZ
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1224-000 | 4,779.58 |
| **TOTAL GROSS RECEIPTS** | | **$4,779.58** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BK OF AMER Attn: Bankruptcy Dept. 1800 Tapo Canyon Rd Simi Valley CA 93063 | | 155,201.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 155,201.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 1,194.90 | 1,194.90 | 1,194.90 |
| BARRY A. CHATZ | 2200-000 | NA | 57.04 | 57.04 | 57.04 |
| The Bank of New York Mellon | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,271.94 | $ 1,271.94 | $ 1,271.94 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | [X] None | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Aurora Bank FSB Attn: Bankruptcy Dept. 10350 Park Meadows Drive 5th Fl Littleton CO 80124 : 2 Aurora Loan Services LLC Attn: Bankruptcy Dept. 10350 park Meadows Dr 5th Fl Littleton CO 80124 | | 0.00 | NA | NA | 0.00 |
| | 10 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 2,844.00 | NA | NA | 0.00 |
| | 11 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 3,810.00 | NA | NA | 0.00 |
| | 12 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 4,342.00 | NA | NA | 0.00 |
| | 13 CMRE Financial SVCS IN Attn: Bankruptcy Dept. 3075 E Imperial Hwy Ste Brea CA 92821 | | 112.00 | NA | NA | 0.00 |
| | 14 COMENITY BANK/Carsons Attn: Bankruptcy Dept. 3100 Easton Square Pl Columbus OH 43219 | | 16.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | LANE BRYANT RETAIL/SOA Attn: Bankruptcy Dept. 450 Winks Ln Bensalem PA 19020 | | 0.00 | NA | NA | 0.00 |
| 16 | Napus FCU Attn: Bankruptcy Dept. 12 Herbert St Alexandria VA 22305 | | 11,038.00 | NA | NA | 0.00 |
| 17 | Sallie MAE Attn: Bankruptcy Dept. Po Box 9655 Wilkes Barre PA 18773 | | 1,105.00 | NA | NA | 0.00 |
| 18 | Sears/CBNA Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | 3,209.00 | NA | NA | 0.00 |
| 19 | Sears/CBNA Attn: Bankruptcy Dept. Po Box 6283 Sioux Falls SD 57117 | | 5,171.00 | NA | NA | 0.00 |
| 20 | Syncb/CARE CREDIT Attn: Bankruptcy Dept. 950 Forrer Blvd Kettering OH 45420 | | 3,153.00 | NA | NA | 0.00 |
| 21 | Syncb/SAMS CLUB DC Attn: Bankruptcy Dept. Po Box 965005 Orlando FL 32896 | | 6,599.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | BBY/CBNA Attn: Bankruptcy Dept. 50 Northwest Point Road Elk Grove Village IL 60007 | | 1,027.00 | NA | NA | 0.00 |
| 4 | BK OF AMER Attn: Bankruptcy Dept. Po Box 982235 El Paso TX 79998 | | 5,669.00 | NA | NA | 0.00 |
| 5 | CAP1/Bstby Attn: Bankruptcy Dept. 26525 N Riverwoods Blvd Mettawa IL 60045 | | 0.00 | NA | NA | 0.00 |
| 6 | CAP1/Carsn Attn: Bankruptcy Dept. 26525 N Riverwoods Blvd Mettawa IL 60045 | | 0.00 | NA | NA | 0.00 |
| 7 | CAP1/Mnrds Attn: Bankruptcy Dept. 26525 N Riverwoods Blvd Mettawa IL 60045 | | 1,951.00 | NA | NA | 0.00 |
| 8 | Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | 4,038.00 | NA | NA | 0.00 |
| 9 | CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 1,884.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Cavalry Spv I, Llc | 7100-000 | NA | 2,028.94 | 2,028.94 | 211.20 |
| 4 | N. A. Capital One Bank (Usa) | 7100-000 | NA | 4,241.44 | 4,241.44 | 441.52 |
| 3 | Napus Fcu | 7100-000 | NA | 11,054.60 | 11,054.60 | 1,150.74 |
| 2 | Navient Solutions, Inc. | 7100-000 | NA | 1,124.24 | 1,124.24 | 117.03 |
| 6 | Pyod, Llc Assignee for Citibank, NA | 7100-000 | NA | 1,134.73 | 1,134.73 | 118.12 |
| 7 | Pyod, Llc Assignee for Citibank, NA | 7100-000 | NA | 3,728.08 | 3,728.08 | 388.08 |
| 1 | QUANTUM3 GROUP FOR COMENITY BANK | 7100-000 | NA | 107.14 | 107.14 | 11.15 |
| 8 | SYNCHRONY BANK | 7100-000 | NA | 3,370.41 | 3,370.41 | 350.85 |
| 9 | SYNCHRONY BANK | 7100-000 | NA | 6,906.69 | 6,906.69 | 718.95 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 55,968.00 | $ 33,696.27 | $ 33,696.27 | $ 3,507.64 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-41978 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | RUBY HELEN BROOKS | | | | Date Filed (f) or Converted (c): | 11/20/2014 (f) |
| | | | | | 341(a) Meeting Date: | 01/09/2015 |
| For Period Ending: | 03/03/2016 | | | | Claims Bar Date: | 06/25/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1244 N Menard St  Chicago, Il 60651 (Debtor's Residence) | 130,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking, savings or other financial accounts | 0.00 | 0.00 | | 0.00 | FA |
| 3. Household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Books, pictures, art objects, collections | 100.00 | 0.00 | | 0.00 | FA |
| 5. Wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6. Furs and jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 7. IRA, ERISA, Keogh or pension or profit sharing plans | 0.00 | 0.00 | | 0.00 | FA |
| 8. Automobiles, trucks, trailers, vehicles | 3,744.00 | 0.00 | | 0.00 | FA |
| 9. Tax Refund (u) | 6,136.00 | 4,779.58 | | 4,779.58 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $142,430.00 | $4,779.58 | | $4,779.58 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | Checking account with Chase |
| RE PROP # | 3 | -- | Used household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans, rugs |
| RE PROP # | 4 | -- | Books, CD's, DVD's, Tapes/Records, Family Pictures |
| RE PROP # | 5 | -- | Necessary wearing apparel |
| RE PROP # | 6 | -- | Earrings, watch, costume jewelry |
| RE PROP # | 7 | -- | Pension w/Employer/Former Employer - 100% exempt. |
| RE PROP # | 8 | -- | 2007 Suzuki XL& with over 102,000 miles |

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/31/2015     Current Projected Date of Final Report (TFR): 12/31/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-41978 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | RUBY HELEN BROOKS | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0714 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1852 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/03/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9701 | Transfer of Funds | 9999-000 | $4,759.58 | | $4,759.58 |
| 09/25/15 | 400001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Distribution | | | $1,251.94 | $3,507.64 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($1,194.90) | 2100-000 | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($57.04) | 2200-000 | | |
| 09/25/15 | 400002 | QUANTUM3 GROUP FOR COMENITY BANK<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Final distribution to claim 1 representing a payment of 10.41 % per court order. | 7100-000 | | $11.15 | $3,496.49 |
| 09/25/15 | 400003 | Navient Solutions, Inc.<br>P.O. Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 2 representing a payment of 10.41 % per court order. | 7100-000 | | $117.03 | $3,379.46 |
| 09/25/15 | 400004 | Napus Fcu<br>Pob 148<br>Alexandria Va 22313 | Final distribution to claim 3 representing a payment of 10.41 % per court order. | 7100-000 | | $1,150.74 | $2,228.72 |
| 09/25/15 | 400005 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 4 representing a payment of 10.41 % per court order. | 7100-000 | | $441.52 | $1,787.20 |
| 09/25/15 | 400006 | Cavalry Spv I, Llc<br>Assignee Of Capital One, N.A.<br>C/O Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, Az 85712 | Final distribution to claim 5 representing a payment of 10.41 % per court order. | 7100-000 | | $211.20 | $1,576.00 |
| 09/25/15 | 400007 | Pyod, Llc Assignee for Citibank, NA<br>Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Distribution | | | $506.20 | $1,069.80 |

Page Subtotals: $4,759.58    $3,689.78

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |     |     |
|---|---|---|---|
| Case No: | 14-41978 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | RUBY HELEN BROOKS | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0714 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1852 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/03/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Pyod, Llc Assignee for Citibank, NA | Final distribution to claim 6 representing a payment of 10.41 % per court order. | ($118.12) 7100-000 | | | |
| | | Pyod, Llc Assignee for Citibank, NA | Final distribution to claim 7 representing a payment of 10.41 % per court order. | ($388.08) 7100-000 | | | |
| 09/25/15 | 400008 | SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL  33131-1605 | Distribution | | | $1,069.80 | $0.00 |
| | | SYNCHRONY BANK | Final distribution to claim 8 representing a payment of 10.41 % per court order. | ($350.85) 7100-000 | | | |
| | | SYNCHRONY BANK | Final distribution to claim 9 representing a payment of 10.41 % per court order. | ($718.95) 7100-000 | | | |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $4,759.58 | $4,759.58 |
| Less: Bank Transfers/CD's | $4,759.58 | $0.00 |
| Subtotal | $0.00 | $4,759.58 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $4,759.58 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*                              Page Subtotals:           $0.00           $1,069.80

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 14-41978 | Trustee Name: | BARRY A. CHATZ | |
| Case Name: | RUBY HELEN BROOKS | Bank Name: | The Bank of New York Mellon | |
| | | Account Number/CD#: | XXXXXX9701 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX1852 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 03/03/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/20/15 | 9 | RUBY BROOKS | LIQUIDATION OF OTHER ASSET | 1224-000 | $4,779.58 | | $4,779.58 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,769.58 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,759.58 |
| 08/21/15 | | Transfer to Acct # xxxxxx0714 | Transfer of Funds | 9999-000 | | $4,759.58 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,779.58 | $4,779.58 |
| Less: Bank Transfers/CD's | $0.00 | $4,759.58 |
| Subtotal | $4,779.58 | $20.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,779.58 | $20.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0714 - Checking | $0.00 | $4,759.58 | $0.00 |
| XXXXXX9701 - Checking | $4,779.58 | $20.00 | $0.00 |
|  | $4,779.58 | $4,779.58 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,779.58 |
| Total Gross Receipts: | $4,779.58 |